**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ROBERT T. DEMERS
ADC #114850                                                                                          PLAINTIFF

V.                              NO: 5:05CV00307 JMM/HDY

LARRY B. NORRIS, *et al.*                                                                DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.     Defendants' motion to dismiss (docket entry #13) is GRANTED IN PART AND DENIED IN PART.

2.     Defendants' motion is DENIED with respect to Defendants Smith and Moore.

3.     Defendants' motion is GRANTED with respect to Defendant Norris, Plaintiff's claims against Defendant Norris are dismissed, and his name is removed as a party Defendant.

DATED this   1   day of   March , 2005.

_____
UNITED STATES DISTRICT JUDGE