# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT T. DEMERS
ADC #114850                                                                    PLAINTIFF

V.                         NO: 5:05CV00307 JMM

LARRY B. NORRIS *et al.*                                                    DEFENDANTS

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __13__ day of March, 2007

_____
UNITED STATES DISTRICT JUDGE